FRIEDMAN KAPLAN

**JARED LENOW**
jlenow@fklaw.com
212.833.1138

November 17, 2026

**VIA ECF**
Hon. Natasha C. Merle
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Jamaul Aziz*, 24 Cr. 380 (NCM)

Dear Judge Merle:

On behalf of defendant Jamaul Aziz, we write in response to the Court's November 6, 2026 order to advise the Court and the Government as follows: (1) Mr. Aziz does not currently intend to file a *Daubert* motion relating to the Government's disclosed experts; and (2) Mr. Aziz does intend to call expert witnesses in his defense and will make those disclosures by December 10, 2026, as directed by the Court.

Respectfully submitted,

FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP

By: ______________________________
Jared Lenow, Esq.

LAW OFFICES OF SUSAN G. KELLMAN
Susan Kellman, Esq.

LAW OFFICES OF EZRA SPILKE
Ezra Spilke, Esq.

cc: All Counsel (via ECF)